IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ARTHUR BRENNAN MALLOY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:13-cv-01777-SLB-TMP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| *et al*., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

On October 17, 2014, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice. Arthur Brennan Malloy ("Petitioner") filed his objections to the Report and Recommendation on October 28, 2014.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that **the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be **DISMISSED WITHOUT**

**PREJUDICE** because the court is without jurisdiction to adjudicate the petitioner's claims. An order of final judgment will be entered contemporaneously herewith.

DATED the 3rd day of November, 2014.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE